UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : CRIM. NO. 08-14-M-01 (AK) |
| MICHAEL LOGAN,<br>    Defendant | : |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties and counsel of record, please enter the appearance of Preston Burton as local counsel for Defendant Michael Logan in this matter.

Respectfully submitted,

_/s/ Preston Burton_
Preston Burton, D.C. Bar No. 426378
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC  20005
Telephone: 202-339-8400
Facsimile: 202-339-8500
Local Counsel for Michael Logan

February 22, 2008

OHS East:160389461.2
1-3391 PB3/ECO

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I caused a true copy of the foregoing Notice of Appearance to be served electronically on:

        Jonathan Haray
        United States Department of Justice
        jonathan.haray@usdoj.gov

        B. Eugene Fulghum, Jr., Esquire
        2001 Lincoln Drive West, Suite A
        Marlton, NJ  08053
        (609) 922-4609 (cell)
        bef4law@aol.com

and     Keith David Sklar, Esquire
        Law Offices of Sklar Smith-Sklar
        1901 N. Olden Avenue
        Suite 22
        Ewing, NJ  08618
        (609) 882-9800
        cismithsklar@hotmail.com

/s/ 
Preston Burton