UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO.: |
| | : | |
| | : | Mag. No. 08-014M |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. § 2319B(a)(1) (Unauthorized |
| | : | Recording of Motion Pictures in a |
| | : | Motion Picture Exhibition Facility) |
| MICHAEL DWAYNE LOGAN, | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges:

### INTRODUCTION

At all times relevant to this Information:

1. At all times relevant herein, Regal Gallery Place Stadium 14, is a motion picture exhibition facility, located at 701 7th Street, N.W., Washington, D.C.

### COUNT ONE

On or about May 11, 2007, in the District of Columbia, the defendant, Michael Dwayne Logan, without the authority of 20th Century Fox, the copyright owner, did knowingly use an audiovisual recording device, that is, a video camera, to make a copy of *28 Weeks Later*, a motion picture protected by copyright under Title 17 of the United States Code, from a performance of such work in Regal Gallery Place Stadium 14, a motion picture exhibition facility.

**(in violation of Title 18, United States Code, Section 2319B(a)(1), Unauthorized Recording of Motion Pictures in a Motion Picture Exhibition Facility).**

## COUNT TWO

On or about November 24, 2007, in the District of Columbia, the defendant, Michael Dwayne Logan, without the authority of Disney Enterprises, Inc., the copyright owner, did knowingly use an audiovisual recording device, that is, a video camera, to make a copy of *Enchanted*, a motion picture protected by copyright under Title 17 of the United States Code, from a performance of such work in Regal Gallery Place Stadium 14, a motion picture exhibition facility.

**(in violation of Title 18, United States Code, Section 2319B(a)(1), Unauthorized Recording of Motion Pictures in a Motion Picture Exhibition Facility).**

        JEFFREY A. TAYLOR
        United States Attorney
        for the District of Columbia
        D.C. Bar No. 498610

By: _____
        SHERRI L. SCHORNSTEIN
        Assistant U.S. Attorney
        D.C. Bar No. 415219
        555 4th Street, NW
        Washington, D.C. 20530
        (202) 514-6956

        _____
        JONATHAN W. HARAY
        Assistant U.S. Attorney
        555 4th Street, NW
        Washington, DC 20530

        _____
        CLEMENT MCGOVERN
        Senior Counsel
        Criminal Division
        United States Department of Justice
        1301 New York Ave.
        Washington, D.C. 20530