**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIM. NO. 1:08-cr-00217-RWR-1** |
| | : | |
| **MICHAEL LOGAN,** | : | **Judge Richard W. Roberts** |
| | : | |
| **Defendant.** | : | **Next Event: Hearing, Aug. 11, 2008** |
| | : | |

**UNOPPOSED MOTION FOR WITHDRAWAL**

Pursuant to Local Rule of Criminal Procedure 44.5(d) of the U.S. District Court for the District of Columbia, Preston Burton, local counsel for Defendant Michael Logan, respectfully moves to withdraw from further representation of Mr. Logan in this matter. Counsel's unopposed withdrawal will not affect any substantive, procedural or scheduling matters in this case, nor will it prejudice any party herein. In furtherance of this motion, the undersigned provides the following factual background:

Since approximately February 22, 2008, the undersigned has served as local counsel for Mr. Logan who is scheduled to appear before the Court on Monday, August 11, 2008, for a hearing. At all times, Mr. Logan has been represented by Eugene Fulghum and Keith Sklar, both of whom continue to represent Mr. Logan and both of whom have been primarily responsible for his representation. At the time Mr. Logan appeared before the magistrate judges, neither Mr. Fulghum nor Mr. Sklar were admitted to the Bar of this Court and the undersigned agreed to serve in the limited capacity of local counsel only.

Mr. Fulghum has advised the undersigned that he recently became a member of the Bar of this Court. Accordingly, Mr. Logan no longer needs local counsel. Mr. Fulghum further advised counsel that neither he nor Mr. Logan object to the undersigned's withdrawal as counsel. Counsel for the United States, Assistant United States Attorney Sherri L. Schornstein, does not object to counsel's withdrawal from this case.

Wherefore, the undersigned respectfully moves to withdraw as counsel for Mr. Logan in this matter. Counsel does not request a hearing on this matter. An appropriate proposed Order is attached hereto.

Respectfully submitted,

____/s/ Preston Burton___________

Preston Burton, D.C. Bar No. 426378
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
E-Mail: pburton@orrick.com
Telephone: 202-339-8400
Facsimile: 202-339-8500

Local Counsel for Michael Logan

August 6, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2008 a true copy of the foregoing Motion for Withdrawal was served as indicated to the persons listed below:

Michael D. Logan
XXXXXXXXXX[1]
Baltimore, MD
*(via Federal Express Overnight Delivery)*

Jonathan William Haray
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 5838
Washington, DC 20530
(202) 353-2877
United States Department of Justice
jonathan.haray@usdoj.gov
*(via E-Mail)*

Sherri Lynn Schornstein
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530-0001
sherri.schornstein@usdoj.gov
*(via E-Mail)*

B. Eugene Fulghum, Jr., Esquire
2001 Lincoln Drive West, Suite A
Marlton, NJ 08053
bef4law@aol.com
*(via E-Mail and Overnight Delivery)*

Keith David Sklar, Esquire
Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue
Suite 22
Ewing, NJ 08618
cismithsklar@hotmail.com
*(via E-Mail and Overnight Delivery)*

____/s/ Preston Burton___
Preston Burton

[1] Mr. Logan's full address has been redacted pursuant to Fed. R. Crim. Pro. 49.1(a)(5).

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIM. NO. 1:08-cr-00217-RWR-1** |
| | : | |
| **MICHAEL LOGAN,** | : | **Judge Richard W. Roberts** |
| | : | |
| **Defendant.** | : | **Next Event: Hearing, Aug. 11, 2008** |
| | : | |

**ORDER**

Upon consideration of the Unopposed Motion for Withdrawal submitted by Preston Burton, local counsel for Defendant Michael Logan, it is hereby

ORDERED, that the Motion for Withdrawal is GRANTED; and it is further

ORDERED, that Preston Burton is released and discharged from any further responsibility herein.

ENTERED this ______ day of August, 2008.

______________________________
Judge Richard W. Roberts
United States District Judge