AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

*Michael D Logan*

WAIVER OF INDICTMENT

CASE NUMBER: 08-217

FILED
AUG 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __MICHAEL D. LOGAN__, the above named defendant, who is accused of

__VIOLATION OF 18 U.S.C. §2319B__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __August 11, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer