UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL CASE NO.: CR-08-217** |
| v. : | |
| : | **RICHARD W. ROBERTS, JUDGE** |
| : | **UNITED STATES DISTRICT COURT** |
| **MICHAEL DWAYNE LOGAN** : | |
| **Defendant** : | |
| _____: | |

**MOTION TO PERMIT DEFENDANT TO TRAVEL ON BUSINESS**

Pursuant to Federal Rules of Criminal Procedure Rule 47 and Local Rule of Criminal Procedure R. 47, Defendant Michael Dwayne Logan, "Logan", through undersigned counsel, hereby moves that, during the period that he is free bond on his own recognizance and awaiting sentence, he be permitted to travel from his home in Baltimore, Maryland for business reasons, and in support thereof states as follows:

1.  Logan is employed by Demba Diallo Auto Sales as a licensed salesman.

2.  His employer purchases automobiles at auctions located in the states of Maryland, Virginia, New Jersey and Pennsylvania and resells them in Baltimore, Maryland.

3. Logan travels with his employer to the auction sites, inspects the vehicles to be auctioned, determines the price to be paid, and then, if successful, drives the vehicle to Baltimore, Maryland for resale.

4. Such auctions are held as follows:

    a) Baltimore/Washington Auto Exchange on Tuesdays in Jessup, Maryland;

    b) ADESA Auto Auction on Wednesdays in York, Pennsylvania;

    c) NADE Auto Action also on Wednesdays in Bordentown, New Jersey;

    d) Bel Air Auction on Thursdays in Bel Air, Maryland;

    e) Fredricksburg Auto Auction also on Thursdays, Fredricksburg Virginia; and

    f) Manheim Auto Auction on Fridays in Manheim, Pennsylvania.

5. Prior to and upon his return he will notify Pre Trial Services of his trip.

6. Undersigned counsel has discussed Logan's travel with Assistant U.S. Attorney Sherri L. Schornstein, and she indicated that the government has no objection to Logan's travel as stated above, and therefore has no objection to this motion.

WHEREFORE, defendant Michael Dwayne Logan respectfully requests that this Court grant his Motion to travel for business reasons to and from the

aforesaid places.

                Respectfully submitted,

                /s/ Bernard E. Fulghum, Jr.
                Bernard E. Fulghum, Jr.
                Attorney for Defendant
                USDC Bar ID No. PA0028
                2001 Lincoln Drive West, Suite A
                Marlton, N.J. 08053
                (856) 983-1266
                (856) 983-3145 (fax)
                bef4law@aol.com

Dated: August 13, 2008

## CERTIFICATION OF SERVICE

I hereby certify that I caused an original of the foregoing Motion, with proposed Order, to be filed electronically on August 13, 2008, with the Clerk of the United States District Court for the District of Columbia.

I further certify that on August 13, 2008, I caused a copy of the foregoing Motion, with proposed Order, to be served upon the following counsel for the United States of America, by first class mail:

    Sherri I. Schornstein
    Assistant U.S. Attorney
    555 4th Street, NW
    Washington, D.C.  20530

Dated: August 13, 2008            /s/ Bernard E. Fulghum, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL CASE NO.: CR-08-217** |
| : | |
| v. : | |
| : | **RICHARD W. ROBERTS** |
| : | **U.S. DISTRICT COURT JUDGE** |
| **MICHAEL DWAYNE LOGAN** : | |
| : | |
| **Defendant** : | |
| _____ : | |

**ORDER**

THIS MATTER having been brought before the Court on the Motion of B. Eugene Fulghum, Jr., Esquire, attorney for the defendant, to permit the defendant to travel on business, and there being no opposition,

IT IS on this     day of                    , 2008 ORDERED as follows:

1. During the period that the defendant is awaiting sentence and is free on bond on his own recognizance, he is permitted to travel to and from Jessup, Maryland on various Tuesdays; to and from York, Pennsylvania on various Wednesdays; to and from Bordentown, New Jersey on various Wednesdays; to and from Bel Air, Maryland on various Thursdays; to and from Fredricksburg, Virginia on various Thursdays; and to and from Manheim Pennsylvania on various Fridays.

2. Prior to his departure and upon his return, Defendant is to notify Pretrial Services of his travel and destination.

_____
Richard W. Roberts, U. S. District Judge