UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : CRIMINAL CASE NO.: CR-08-217 |
|---|---|
| v. | : |
|  | : RICHARD W. ROBERTS |
| MICHAEL DWAYNE LOGAN | : U.S. DISTRICT COURT JUDGE |
| Defendant | : |

FILED
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

THIS MATTER having been brought before the Court on the Motion of B. Eugene Fulghum, Jr., Esquire, attorney for the defendant, to permit the defendant to travel on business, and there being no opposition,

IT IS on this 15th day of August, 2008 ORDERED as follows:

1. During the period that the defendant is awaiting sentence and is free on bond on his own recognizance, he is permitted to travel to and from Jessup, Maryland on various Tuesdays; to and from York, Pennsylvania on various Wednesdays; to and from Bordentown, New Jersey on various Wednesdays; to and from Bel Air, Maryland on various Thursdays; to and from Fredricksburg, Virginia on various Thursdays; and to and from Manheim Pennsylvania on various Fridays.

2. Prior to his departure and upon his return, Defendant is to notify Pretrial Services of his travel and destination.

_____
Richard W. Roberts, U. S. District Judge